SCOTT KEITH WILSON, Federal Public Defender (#7347)
WOJCIECH NITECKI, Assistant Federal Defender (#12187)
KRISTEN R. ANGELOS, Assistant Federal Defender (#8314)
BENJAMIN C. MCMURRAY, Assistant Federal Defender (#9926)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JACKSON STEWART PATTON,<br><br>  Defendant. | **REQUEST FOR NOTICE OF EXPERT TESTIMONY AND ACCOMPANYING WRITTEN SUMMARY**<br><br>Case No. 2:20-cr-00182<br><br>Judge David Barlow |

Defendant, Jackson Stewart Patton, by and through his attorneys of record, Wojciech Nitecki, Kristen R. Angelos, and Benjamin C. McMurray, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, asks that the United States provide notice of, in advance of trial: 1) the names of all expert witnesses the United States intends to call; 2) a written summary of expert testimony that the United States intends to use under Rules 702, 703, 705 of the Federal Rules of Evidence, and; 3) a curriculum vitae of expert witnesses' qualifications.  Moreover, Mr.

Patton requests that the written summaries include all written and oral reports, tests, investigations, and handwritten notes that the experts used as a basis for their opinions.

RESPECTFULLY SUBMITTED this 1st day of September, 2020.


*/s/ Wojciech Nitecki*
WOJCIECH NITECKI
Assistant Federal Defender

*/s/ Kristen R. Angelos*
KRISTEN R. ANGELOS
Assistant Federal Defender

*/s/ Benjamin C. McMurray*
BENJAMIN C. MCMURRAY
Assistant Federal Defender