# EXHIBIT 1:

# TEXT MESSAGE STRING BETWEEN PATTON AND HIS ASSOCIATES

Start Time: 3/25/2020 2:24:52 PM(UTC-6)

Last Activity: 6/2/2020 10:33:52 PM(UTC-6)

Participants: +▮▮▮▮ Jaxon Patton , +▮▮▮▮ Drew Bradly, +▮▮▮▮ Blake Patterson, +▮▮▮▮ Sean Ward , +▮▮▮▮ , +▮▮▮▮ Nick Harward, +▮▮▮▮ Summerblaze, +▮▮▮▮ Maddie Hammer

From: +▮▮▮▮ Blake Patterson

Timestamp: 5/27/2020 7:23:23 PM(UTC-6)

Source App: iMessage: +▮▮▮▮

Body:

187gangsters is a credible news source and Shan simply refuses to acknowledge that

-----------------------------

From: +▮▮▮▮ Jaxon Patton (owner)

Timestamp: 5/27/2020 7:25:23 PM(UTC-6)

Source App: iMessage: +▮▮▮▮

Body:

only good cop is a dead one

-----------------------------

From: +▮▮▮▮ Jaxon Patton (owner)

Timestamp: 5/27/2020 7:35:32 PM(UTC-6)

Source App: iMessage: +▮▮▮▮

Body:

the 187 gangsters posts of the aftermath

-----------------------------

From: +▮▮▮▮ Drew Bradly

Timestamp: 5/27/2020 7:35:53 PM(UTC-6)

Source App: iMessage: +▮▮▮▮

Body:

I'm glad 187 gangstersz exists

-----------------------------

From: +▮▮▮▮ Sean Ward

Timestamp: 5/27/2020 7:56:00 PM(UTC-6)

Source App: iMessage: +▮▮▮▮

Body:

Fuck that guy

-----------------------------

From: +▮▮▮▮ Jaxon Patton (owner)

Timestamp: 5/27/2020 7:56:04 PM(UTC-6)

Source App: iMessage: +▮▮▮▮

Body:

the aftermath videos are pretty cool. people are straight up destroying cop cars n shit

-----------------------------

From: +[redacted]   Sean Ward

Timestamp: 5/27/2020 7:57:12 PM(UTC-6)

Source App: iMessage: +[redacted]

Body:

Pretty radical of me but I feel like you should just chill with your full body weight on a dudes neck

-----------------------------

From: +[redacted]   Sean Ward

Timestamp: 5/27/2020 7:57:19 PM(UTC-6)

Source App: iMessage: +[redacted]

Body:

Shouldn't

-----------------------------

From: +[redacted]   Sean Ward

Timestamp: 5/27/2020 7:57:20 PM(UTC-6)

Source App: iMessage: +[redacted]

Body:

Fuck

-----------------------------

From: +[redacted]   Jaxon Patton  (owner)

Timestamp: 5/27/2020 7:57:34 PM(UTC-6)

Source App: iMessage: +[redacted]

Body:

for 10 minutes

-----------------------------

From: +[redacted]   Sean Ward

Timestamp: 5/27/2020 7:59:56 PM(UTC-6)

Source App: iMessage: +[redacted]

Body:

That guy is honestly fucked

-----------------------------

From: +[redacted]   Jaxon Patton  (owner)

Timestamp: 5/27/2020 8:03:34 PM(UTC-6)

Source App: iMessage: +[redacted]

Body:

i mean at some point when your whole body weight is on someone's neck and they haven't moved in 5 minutes you could prolly take your weight off

----------------------------

From: +▮▮▮▮▮▮▮▮▮▮  Jaxon Patton  (owner)
Timestamp: 5/28/2020 11:15:48 AM(UTC-6)
Source App: iMessage: +▮▮▮▮▮▮▮▮▮▮
Body:
where is this saturday protest?

----------------------------

From: +▮▮▮▮▮▮▮▮▮▮  Blake Patterson
Timestamp: 5/28/2020 11:22:02 AM(UTC-6)
Source App: iMessage: +▮▮▮▮▮▮▮▮▮▮
Body:
I feel like they always start at the FBI building then march up to the capitol

----------------------------

From: +▮▮▮▮▮▮▮▮▮▮  Sean Ward
Timestamp: 5/28/2020 11:29:22 AM(UTC-6)
Source App: iMessage: +▮▮▮▮▮▮▮▮▮▮
Body:
Bout to spark one up right tf now

----------------------------

From: +▮▮▮▮▮▮▮▮▮▮  Jaxon Patton  (owner)
Timestamp: 5/28/2020 11:58:45 AM(UTC-6)
Source App: iMessage: +▮▮▮▮▮▮▮▮▮▮
Body:
sean where did you see protest things?

----------------------------

From: +▮▮▮▮▮▮▮▮▮▮  Jaxon Patton  (owner)
Timestamp: 5/28/2020 11:59:25 AM(UTC-6)
Source App: iMessage: +▮▮▮▮▮▮▮▮▮▮
Body:
oh you mean all i have to do is go downtown and yell about how much i hate cops? like i've been doing for years

----------------------------

From: +▮▮▮▮▮▮▮▮▮▮  Summerblaze
Timestamp: 5/28/2020 12:03:54 PM(UTC-6)
Source App: iMessage: +▮▮▮▮▮▮▮▮▮▮
Body:
Oh no I thought you meant just everywhere. Are you going to go?

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████  Blake Patterson

Timestamp: 5/28/2020 12:09:04 PM(UTC-6)

Source App: iMessage: +█████████

Body:

Fuck yeah he's going

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████  Blake Patterson

Timestamp: 5/28/2020 12:09:07 PM(UTC-6)

Source App: iMessage: +█████████

Body:

Same with Igor

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████  Summerblaze

Timestamp: 5/28/2020 12:20:32 PM(UTC-6)

Source App: iMessage: +█████████

Body:

Sounds fun!

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████  Jaxon Patton  (owner)

Timestamp: 5/28/2020 3:19:22 PM(UTC-6)

Source App: iMessage: +█████████

Body:

i guess the cops are shooting people in ogden too

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████  Sean Ward

Timestamp: 5/28/2020 9:16:08 PM(UTC-6)

Source App: iMessage: +█████████

Body:

Should we take bets on how long this cop stays unmurdered

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████  Blake Patterson

Timestamp: 5/29/2020 9:17:44 AM(UTC-6)

Source App: iMessage: +█████████

Body:

Gladly

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████  Blake Patterson

Timestamp: 5/29/2020 9:26:41 AM(UTC-6)

Source App: iMessage: +▮▮▮▮▮▮▮

Body:

Cough em up

----------------------------

From: +▮▮▮▮▮▮▮ Summerblaze

Timestamp: 5/29/2020 10:10:39 AM(UTC-6)

Source App: iMessage: +▮▮▮▮▮▮▮

Body:

20 bucks says jax breaks the first window

----------------------------

From: +▮▮▮▮▮▮▮ Summerblaze

Timestamp: 5/29/2020 10:11:26 AM(UTC-6)

Source App: iMessage: +▮▮▮▮▮▮▮

Body:

Jax I'll give you 20 bucks to break a window

----------------------------

From: +▮▮▮▮▮▮▮ Blake Patterson

Timestamp: 5/29/2020 10:12:07 AM(UTC-6)

Source App: iMessage: +▮▮▮▮▮▮▮

Body:

I'll chip in on that

----------------------------

From: +▮▮▮▮▮▮▮ Blake Patterson

Timestamp: 5/29/2020 10:12:57 AM(UTC-6)

Source App: iMessage: +▮▮▮▮▮▮▮

Body:

Just make sure it's a gov building. No local business, ok Jax?

----------------------------

From: +▮▮▮▮▮▮▮ Jaxon Patton (owner)

Timestamp: 5/29/2020 2:26:47 PM(UTC-6)

Source App: iMessage: +▮▮▮▮▮▮▮

Body:

what time does the riot start tomorrow?

----------------------------

From: +▮▮▮▮▮▮▮ Blake Patterson

Timestamp: 5/29/2020 2:28:10 PM(UTC-6)

Source App: iMessage: +▮▮▮▮▮▮▮

Body:

Designer Molotov cocktails

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Sean Ward

Timestamp: 5/29/2020 2:28:11 PM(UTC-6)

Source App: iMessage: +████████

Body:

Who's gonna do it

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Sean Ward

Timestamp: 5/29/2020 2:28:27 PM(UTC-6)

Source App: iMessage: +████████

Body:

Molotov cocktails in martini glasses

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Jaxon Patton  (owner)

Timestamp: 5/29/2020 2:31:52 PM(UTC-6)

Source App: iMessage: +████████

Body:

do i bring the machetes to the riot tomorrow

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Jaxon Patton  (owner)

Timestamp: 5/29/2020 2:31:56 PM(UTC-6)

Source App: iMessage: +████████

Body:

we can all have one

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Jaxon Patton  (owner)

Timestamp: 5/29/2020 3:13:14 PM(UTC-6)

Source App: iMessage: +████████

Body:

i know i've been known to be a little bit of a wildcard, but i'm gonna say something pretty crazy rn. so buckle down everyone

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Jaxon Patton  (owner)

Timestamp: 5/29/2020 3:13:54 PM(UTC-6)

Source App: iMessage: +████████

Body:

i'm not a big fan of cops right now

-----------------------------

From: +[redacted]   Blake Patterson

Timestamp: 5/29/2020 11:05:14 PM(UTC-6)

Source App: iMessage: +[redacted]

Body:

So are we protesting tomorrow

-----------------------------

From: +[redacted]   Blake Patterson

Timestamp: 5/29/2020 11:05:45 PM(UTC-6)

Source App: iMessage: +[redacted]

Body:

I'm totally down

-----------------------------

From: +[redacted]   Jaxon Patton  (owner)

Timestamp: 5/29/2020 11:06:17 PM(UTC-6)

Source App: iMessage: +[redacted]

Body:

yes dude. i'm turning it into a riot

-----------------------------

From: +[redacted]   Blake Patterson

Timestamp: 5/29/2020 11:09:06 PM(UTC-6)

Source App: iMessage: +[redacted]

Body:

A wave of anger just hit me harder than ever before.

-----------------------------

From: +[redacted]   Jaxon Patton  (owner)

Timestamp: 5/30/2020 11:53:29 AM(UTC-6)

Source App: iMessage: +[redacted]

Body:

i need to figure out how to turn it into one

-----------------------------

From: +[redacted]   Jaxon Patton  (owner)

Timestamp: 5/30/2020 11:55:15 AM(UTC-6)

Source App: iMessage: +[redacted]

Body:

all i gotta do is sneakily throw a rock through a window

-----------------------------

From: +☐☐☐☐☐☐☐ Jaxon Patton (owner)

Timestamp: 5/30/2020 11:55:23 AM(UTC-6)

Source App: iMessage: +☐☐☐☐☐☐☐

Body:

of the police station

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +☐☐☐☐☐☐☐ Jaxon Patton (owner)

Timestamp: 5/30/2020 1:21:34 PM(UTC-6)

Source App: iMessage: +☐☐☐☐☐☐☐

Body:

i'm breaking things

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +☐☐☐☐☐☐☐ Blake Patterson

Timestamp: 5/30/2020 1:21:55 PM(UTC-6)

Source App: iMessage: +☐☐☐☐☐☐☐

Body:

Prove it

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +☐☐☐☐☐☐☐ Blake Patterson

Timestamp: 5/30/2020 1:26:31 PM(UTC-6)

Source App: iMessage: +☐☐☐☐☐☐☐

Body:

Just sent it to you

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +☐☐☐☐☐☐☐ Jaxon Patton (owner)

Timestamp: 5/30/2020 3:05:36 PM(UTC-6)

Source App: iMessage: +☐☐☐☐☐☐☐

Body:

see my story?

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +☐☐☐☐☐☐☐ Drew Bradly

Timestamp: 5/30/2020 3:10:34 PM(UTC-6)

Source App: iMessage: +☐☐☐☐☐☐☐

Body:

You're next to my sis

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +☐☐☐☐☐☐☐

Timestamp: 5/30/2020 3:33:56 PM(UTC-6)

Source App: iMessage: +█████████

Body:

Wish I was there to break stuff with you guys.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Jaxon Patton  (owner)

Timestamp: 5/30/2020 3:42:13 PM(UTC-6)

Source App: iMessage: +█████████

Body:

lol adam filmed me starting the fire

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Blake Patterson

Timestamp: 5/30/2020 3:46:44 PM(UTC-6)

Source App: iMessage: +█████████

Body:

At the police station? I thought you were possibly

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Blake Patterson

Timestamp: 5/30/2020 3:46:47 PM(UTC-6)

Source App: iMessage: +█████████

Body:

Pissing

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Jaxon Patton  (owner)

Timestamp: 5/30/2020 4:00:15 PM(UTC-6)

Source App: iMessage: +█████████

Body:

they're on adams phone. we just a fucked a cop car up with a cop in it

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Jaxon Patton  (owner)

Timestamp: 5/30/2020 4:00:27 PM(UTC-6)

Source App: iMessage: +█████████

Body:

he literally had to curb hop his car to get out

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +█████████ Summerblaze

Timestamp: 5/30/2020 4:06:47 PM(UTC-6)

Source App: iMessage: +█████████

Body:

Burn the homeless

\---------------------------

From: + ▇▇▇▇▇▇▇▇ Jaxon Patton  (owner)

Timestamp: 5/30/2020 7:50:33 PM(UTC-6)

Source App: iMessage: +▇▇▇▇▇▇▇

Body:

i'll have adam send me some real incriminating videos

\---------------------------

From: +▇▇▇▇▇▇▇ Summerblaze

Timestamp: 5/30/2020 7:51:57 PM(UTC-6)

Source App: iMessage: +▇▇▇▇▇▇▇

Body:

Looked fun!!

\---------------------------

From: +▇▇▇▇▇▇▇ Drew Bradly

Timestamp: 5/30/2020 7:53:15 PM(UTC-6)

Source App: iMessage: +▇▇▇▇▇▇▇

Body:

Wish I was there

\---------------------------

From: +▇▇▇▇▇▇▇ Drew Bradly

Timestamp: 5/30/2020 7:53:23 PM(UTC-6)

Source App: iMessage: +▇▇▇▇▇▇▇

Body:

Pissin and shittin

\---------------------------

From: +▇▇▇▇▇▇▇ Drew Bradly

Timestamp: 5/30/2020 7:55:03 PM(UTC-6)

Source App: iMessage: +▇▇▇▇▇▇▇

Body:

Ki was live and was trying to instigate so much shit

\---------------------------

From: +▇▇▇▇▇▇▇ Jaxon Patton  (owner)

Timestamp: 5/30/2020 8:01:48 PM(UTC-6)

Source App: iMessage: +▇▇▇▇▇▇▇

Attachments:

#1: files\Video\IMG_8008.MOV

Body:

==look who started the fire lol==

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +▇▇▇▇▇▇▇▇

Timestamp: 5/31/2020 3:07:03 AM(UTC-6)

Source App: iMessage: +▇▇▇▇▇▇▇▇

Attachments:

#1: files\Image\FullSizeRender_11.jpeg

#2: files\Image\FullSizeRender_38.jpeg

Body:

Jax I spotted you on the news lol

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: +▇▇▇▇▇▇▇▇ Drew Bradly

Timestamp: 5/31/2020 10:34:51 AM(UTC-6)

Source App: iMessage: +▇▇▇▇▇▇▇▇

Attachments:

#1: files\Image\IMG_1385.JPG

#2: files\Image\IMG_1384.JPG

#3: files\Image\IMG_1383.jpeg

Body:


\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-