SCOTT KEITH WILSON, Federal Public Defender (#7347)
WOJCIECH NITECKI, Assistant Federal Public Defender (#12187)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
BENJAMIN C. MCMURRAY, Assistant Federal Defender (#9926)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah   84101
Telephone: (801) 524-4010

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JACKSON STUART TAMOWSKI PATTON, <br><br> Defendant. | **DEFENDANT'S NOTICE OF CONVENTIONAL FILING OF EXHIBITS TO SENTENCING MEMORANDUM** <br><br><br> Case No. 2:20-cr-00182-DBB |

Defendant, Jackson Stuart Tamowski Patton, by and through his attorneys of record, hereby gives notice that a disk containing Defendant's supplemental Exhibits J-L was conventionally filed on this date.

Dated this 16th day of August, 2021.


 */s/ Wojciech Nitecki*
WOJCIECH NITECKI
Assistant Federal Defender

*/s/ Kristen R. Angelos*
KRISTEN R. ANGELOS
Assistant Federal Defender

*/s/ Benjamin C. McMurray*
BENJAMIN C. McMURRAY
Assistant Federal Defender